# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PAUL MACKENZIE | : | CHAPTER 13 |
| MONICA MACKENZIE | : | |
| Debtors | : | NO. 19-17027 |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional sixteen (16) days **for a total of thirty (30) days from the date of filing, or until December 7, 2019** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months income information.

**Date: November 25, 2019**

_____ J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office

Trustee

Debtors