United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-17027-amc
Paul Mackenzie                                                          Chapter 13
Monica Mackenzie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith              Page 1 of 1           Date Rcvd: Dec 11, 2019
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.
db/jdb         +Paul Mackenzie,   Monica Mackenzie,   300 Kennard Road,   Perkasie, PA 18944-4420
cr             +American Express National Bank c/o Zwicker & Assoc,   80 Minuteman Road,   P.O. Box 9043,
                 Andover, MA 01810-0943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Paul  Mackenzie support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Joint Debtor Monica  Mackenzie support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  PAUL MACKENZIE             :        CHAPTER 13
        MONICA MACKENZIE           :
        Debtors                    :        NO. 19-17027

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional sixteen (16) days **for a total of thirty (30) days from the date of filing, or until December 7, 2019** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months income information.

**Date: December 11, 2019**

_____ J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office

Trustee

Debtors