IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PAUL MACKENZIE | : | |
|     & | : | |
| MONICA MACKENZIE, | : | |
| | : | DOCKET NO.: 19-17027-AMC |
|        DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|       MOVANT | : | HEARING DATE & TIME: |
| | : | FEBRUARY 25, 2020, at 10:00 A.M. |
| v. | : | |
| | : | |
| PAUL MACKENZIE | : | |
|     & | : | |
| MONICA MACKENZIE, | : | |
| | : | RELATED TO DOCKET NO.: 24 |
|     RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTORS' CHAPTER 13 PLAN

      I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading, Objection to Chapter 13 Plan, on the parties at the below addresses, on February 10, 2020, by:

**19-17027-AMC Notice will be electronically mailed to:**

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Michael J. Shavel at mshavel@hillwallack.com, jrydzewski@HillWallack.com, skenny@hillwallack.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Paul H. Young at support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com, pyoung@ymalaw.com, youngpr83562@notify.bestcase.com

**19-17027-AMC Notice will not be electronically mailed to:**

American Express National Bank
c/o Zwicker & Associates, P.C.
8 Minuteman Road
P.O. Box 9043
Andover, MA  01810-1041

EXECUTED ON:  February 11, 2020

                                               Respectfully submitted by,

By:    /s/ Joseph J. Swartz
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       P.O. Box 281061
       Harrisburg, PA 17128-1061
       PA Attorney I.D.:  309233
       Phone: (717) 346-4645
       Facsimile: (717) 772-1459
       JoseSwartz@pa.gov