# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Paul Mackenzie & Monica Mackenzie**<br>Debtors | CHAPTER 13<br><br>CASE NO.: 19-17027-amc<br><br>HEARING DATE: March 31, 2020<br>TIME: 11:00 AM<br>LOCATION: COURTROOM #4 |

## ORDER FOR RELIEF

AND NOW, this _____ day of _____, 2020, upon the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 300 Kennard Road, Perkasie, PA 18944 (the "Mortgaged Premises"); to name the Debtors in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Ashely M. Chan, USBJ

**Date: April 29, 2020**

{Y0602217; 1}