**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-17027-AMC

PAUL  MACKENZIE
MONICA  MACKENZIE
300 KENNARD ROAD

PERKASIE, PA 18944-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAUL  MACKENZIE
    MONICA  MACKENZIE
    300 KENNARD ROAD

    PERKASIE, PA 18944-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 5/14/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee