**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                        **Chapter 13**
PAUL  MACKENZIE
MONICA  MACKENZIE

                **Debtor**              **Bankruptcy No.** 19-17027-AMC

# <u>O R D E R</u>

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

Dated: July 21, 2020
                    _____
                              Ashely M. Chan
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
PAUL  MACKENZIE
MONICA  MACKENZIE
300 KENNARD ROAD

PERKASIE, PA 18944-