United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-17027-amc
Paul Mackenzie                                                  Chapter 13
Monica Mackenzie
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith              Page 1 of 2              Date Rcvd: Jul 21, 2020
                              Form ID: pdf900          Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
```
db/jdb         +Paul Mackenzie,   Monica Mackenzie,   300 Kennard Road,   Perkasie, PA 18944-4420
cr             +American Express National Bank c/o Zwicker & Assoc,   80 Minuteman Road,   P.O. Box 9043,
                 Andover, MA 01810-0943
14427849       +ACAR Leasing LTD d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
14427395       +American Express National Bank, AENB,   c/o Zwicker and Associates, P.C.,
                 Attorneys/Agents for Creditor,   P.O. 9043,   Andover, MA 01810-0943
14418584       +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
14418585       +Ar Resources Inc,   Pob 1056,   Blue Bell, PA 19422-0287
14418586       +Arcadia,   645 Penn St,   Reading, PA 19601-3543
14418587      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
14442169       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14418588       +Barclays Bank Delaware,   P.o. Box 8803,   Wilmington, DE 19899-8803
14418590       +Citicards Cbna,   Po Box 6217,   Sioux Falls, SD 57117-6217
14418591       +Commercial Acceptance,   2 W. Main St,   Shiremanstown, PA 17011-6326
14418592       +Fayfinancial,   1601 Lbj Freeway,   Farmers Branch, TX 75234-6512
14418593       +Financial Recoveries,   200 East Park Drive,   Mount Laurel, NJ 08054-1297
14434736       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14418596        Lvnv Funding Llc,   C/o Resurgent Capital Services,   Greenville, SC 29602
14418597       +Macys/dsnb,   Po Box 8218,   Mason, OH 45040-8218
14418599       +Midland Funding,   320 East Big Beaver,   Troy, MI 48083-1271
14448244       +Unifund CCR, LLC,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
14453604       +Veripro Solutions, Inc.,   PO BOX 3572,   Coppell, TX 75019-5538
14418601        Wells Fargo Bank,   Credit Bureau Dispute Resoluti,   Des Moines, IA 50306
14437471        Wells Fargo Bank, N.A., Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
14422498       +Wilmington Trust, Nat. Assoc.,   c/o Rebecca A. Solarz, Esq,   701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14440464       +Wilmington Trust, National Assoc.,   c/o Michael J. Shavel, Esq.,
                 777 Township Lind Rd., Ste 250,   Yardley, PA 19067-5565
14440352        Wilmington Trust, National Association, et al,   c/o Fay Servicing, LLC,   PO Box 814609,
                 Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2020 04:31:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14426565       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2020 04:43:46
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14418589       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 22 2020 04:33:04
                 Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
14451553        E-mail/Text: bnc-quantum@quantum3group.com Jul 22 2020 04:30:51
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
14441055       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2020 04:43:46     Directv, LLC,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14418594       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47     Gm Financial,
                 Po Box 181145,   Arlington, TX 76096-1145
14418595        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 22 2020 04:32:39     Jpmcb Card,
                 Po Box 15369,   Wilmington, DE 19850
14427499        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2020 04:32:42     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14418598       +E-mail/Text: M74banko@daimler.com Jul 22 2020 04:31:32     Mercedes Benz Financia,
                 P.o. Box 961,   Roanoke, TX 76262-0961
14450601       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 22 2020 04:31:07     Midland Funding LLC,
                 PO Box 2011,   Warren MI 48090-2011
14418600       +E-mail/Text: bnc@nordstrom.com Jul 22 2020 04:30:46     Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,   Englewood, CO 80111-6504
14451185        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2020 04:33:05
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14440411        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:31:02
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14452465       +E-mail/Text: bncmail@w-legal.com Jul 22 2020 04:31:10     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 15
```

```
District/off: 0313-2         User: Keith              Page 2 of 2              Date Rcvd: Jul 21, 2020
                             Form ID: pdf900          Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA   17128-0946
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              JILL MARIE FEIN    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 jfein@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              PAUL H. YOUNG    on behalf of Debtor Paul  Mackenzie support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Joint Debtor Monica  Mackenzie support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PAUL MACKENZIE<br>MONICA MACKENZIE | Chapter 13 |
| Debtor | Bankruptcy No. 19-17027-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: July 21, 2020

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
PAUL MACKENZIE
MONICA MACKENZIE
300 KENNARD ROAD

PERKASIE, PA 18944-